IN THE MATTER OF THE ESTATE OF MAUDE F. THORNTON, DECEASED.

Oct. 22, 1979.   Petition for certification denied.   (See 169 *N.J.Super.* 360)

FRANK W. ZIMMERMANN v. MARY DEMAREST.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HOFF.

Oct. 22, 1979.   Petition for certification denied.

ALLEN BENDER v. LEONARD ANDERSON.

Oct. 22, 1979.   Petition for certification denied.

N.R.K. MANAGEMENT CORP.

v.

BOROUGH OF FORT LEE.

Oct. 22, 1979.   Petition for certification denied.

ROBERT S. MILLER v. ERNEST KASSAB.

Oct. 22, 1979.   Petition for certification denied.